UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

IN RE:                                          )
                                                )
JOHN DAVID BAIR, VI                             )     CASE No. 17-40059
                                                )
                                                )
            Debtor                              )

MOTION TO DISMISS WITH PREJUDICE

      Comes now David A. Rosenthal, Chapter 13 Trustee, and respectfully moves the Court to enter a dismissal order with prejudice.   In support thereof the Trustee states:

      1.  The Debtor has failed to file the required documents or provide the Trustee with copies of tax returns, proof of insurance, and pay stubs which were required to be submitted to the Trustee.

      WHEREFORE, the Trustee respectfully requests that the Court dismiss this case with prejudice.

      /s/ David A. Rosenthal
      David A. Rosenthal, Trustee

CERTIFICATE OF SERVICE

      I certify that on the 20th day of March, 2017 service of a true and complete copy of this pleading was made to John David Bair, VI and U.S. Trustee, 1 Michiana Square Building, Room 505, 100 E. Wayne, South Bend, IN 46601 electronically or by depositing the same in the United States mail in envelopes property addressed to each of them and with sufficient first class postage affixed.

      /s/ David A. Rosenthal
      David A. Rosenthal, Trustee